IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly Lampkin,	Case No. 3:15CV511

       Plaintiff

    v.	**ORDER**

Commissioner of Social Security,

       Defendant

    This is a Social Security case in which the *pro se* plaintiff, Kimberly Lampkin, appeals from the Commissioner's denial of her application for benefits.

    An administrative law judge found that Lampkin, despite suffering from multiple severe impairments, retained the residual functional capacity to perform "medium work," 20 C.F.R. § 416.967(c), and therefore was not disabled.

    Pending is Magistrate Judge McHargh's Report and Recommendation, which concluded that substantial evidence supports the ALJ's decision. (Doc. 23). In particular, the Magistrate Judge found no merit in Lampkin's contention that the misinterpreted the key evidence in the record.

    Lampkin did not file an objection to the R&R and has thus waived her right to a "de novo determination by the district court of an issue covered in the report." *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio) (Lioi, J.); *see also Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (same).

It is, therefore,

ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 23) be, and the same hereby is, adopted as the order of the court; and

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge